UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STANDARD INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>CAROL NELSON,<br><br>　　　　　Defendant, Cross Claimant<br>　　　　　and Cross Defendant.<br><br>And<br><br>VICTORIA SIMPSON,<br><br>　　　　　Defendant, Cross Claimant<br>　　　　　and Cross Defendant;<br>　　　　　Third Party Plaintiff<br><br>And<br><br>CITY OF SEATTLE, a Washington municipal corporation,<br><br>　　　　　Third Party Defendant. | Case No. C07-140RSM<br><br>TAXATION OF COSTS |

Costs in the above-entitled action are hereby taxed against DEFENDANT CAROL NELSON and on behalf of DEFENDANT VICTORIA SIMPSON in the amount of $1,515.85.

Dated this ___22nd___ day of APRIL, 2008 .

_/s/ Bruce Rifkin_____

Bruce Rifkin, Clerk, U.S. District Court

TAXATION OF COSTS -- 1